| | |
|---|---|
| Case No. | CV 17-05469-CBM (SKx) |
| Date | August 24, 2017 |
| Title | United African-Asian Abilitites Club, et al. v. Gregory H. Silberg, et al. |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. Vallery | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the notice of settlement, filed August 22, 2017, indicating that the case has settled in its entirety, this action is placed in inactive status.

By *October 6, 2017* the parties shall file either a proper stipulation and order for dismissal or judgment. Failure to timely file a stipulation and order for dismissal or judgment shall result in the dismissal of this action. All pending hearings are now taken off calendar.

IT IS SO ORDERED.